DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| | | | |
|---|---|---|---|
| 208P12 | In the Matter of the Foreclosure of a Real Estate Deed of Trust from Eagles Nest, A John Turchin Co LLC (nka Eagles Nest Banner Elk, LLC), Eagles Nest Equestrian Ranches LLC and JAJST LLC dated January 30, 2008 and recorded on January 31, 2008 in Book 422 at Page 2710, as Modified by Modification of Deed of Trust recorded in Book RE 447 at Page 816 of the Avery County Public Registry by Turner Law Office, PA (Substitute Trustee) | 1. Respondents' (Eagle Nest, A John Turchin Company LLC (n/k/a Eagles Nest Banner Elk, LLC), Eagles Nest Equestrian Ranches LLC, JAJST LLC, and John Turchin) PWC to Review Order of COA (COA12-18)

2. Joint Motion to Dismiss Appeal | 1. - - -




